UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
DFL ENTERNTAINMENT, INC,                   :
                                           :
                        Plaintiff,         :   10 Civ. 4658 (ALC) (KNF)
                                           :
            -against-                      :   **OPINION & ORDER**
                                           :
KHARIN KHARBOUCH, a/k/a YOUNGY FRENCHY,    :
a/k/a FRENCH MONTANA, COCAINE CITY         :
RECORDS, KON LIVE DISTRIBUTION, INTERSCOPE X
RECORDS, UNIVERSAL RECORDS
                                           
                        Defendants.        

------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-20-12
```

**ANDREW L. CARTER, JR., District Judge:**

Currently before the Court is the Report and Recommendation ("R & R") of United States Magistrate Judge Kevin N. Fox recommending that Plaintiff's Complaint (filed on June 15, 2010) be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. (Dkt. 27.) When no objection is made to a portion of a report and recommendation, the Court subjects that portion of the report and recommendation to only a clear error review. See Lewis v. Zon, 573 F.Supp.2d 804, 811 (S.D.N.Y.2008); Fed. R. Civ. P. 72 advisory committee's note (b). Despite having been notified of its right to file an Objection, none has been filed. I have reviewed the R & R for clear error, and fine none. Accordingly, I adopt the R & R for the reasons stated therein. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated:     New York, New York
           September 19, 2012

_____
ANDREW L. CARTER, JR.
United States District Judge